## FARNAM *vs.* McClure.

After one stipulation, a defendant is not bound at his peril to accept a second to proceed to trial, although furnished with the excuse of the plaintiff; he may insist upon submitting the sufficiency of the excuse to the court.

In this case, the *Chief Justice* decided that after one stipulation to proceed to trial, a defendant is not bound to accept a second stipulation, although furnished with the excuse of the plaintiff. A defendant is not bound in such case at his peril to know that the excuse will be held sufficient, but may proceed and apply for judgment as in case of nonsuit, which will be granted, unless the plaintiff stipulates anew and pays costs.

February 9.

## CHUBB *vs.* BERRY.

*Referees* must reside in the county in which the venue is laid.

In this case, the *Chief Justice* held that persons appointed as *referees*, must reside in the county in which the *venue* is laid in the action in which application is made for a reference.